IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEONARD C. SANDOVAL,<br><br>      Plaintiff,<br><br>vs.<br><br>CHAD E. OLDEHOEFT, LEONARD E. OLDEHOEFT, DORIS HALL,<br><br>      Defendants. | **4:12CV3129**<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

The motion to withdraw Attorney Travis S. Young as counsel of record on behalf of Defendant, Third Party Plaintiff, and Cross Defendant Chad E. Oldehoeft, (filing no. 61), is granted.

January 28, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge