IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEONARD C. SANDOVAL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CHAD E. OLDEHOEFT, LEONARD E. OLDEHOEFT, DORIS HALL,  MURPHY GROUP, INC., an Oklahoma Corporation; and  MURPHY INDUSTRIES, LLC,<br><br>　　　　　Defendants. | 4:12CV3129<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1)　　The unopposed motion to continue filed by Defendant and Third Party Plaintiff Chad E. Oldehoeft, (Filing No. 76), is granted.

2)　　The jury trial of this case is set to commence before Warren K. Urbom, Senior United States District Judge, in Courtroom 4, United States Courthouse, Lincoln, Nebraska at 9:00 a.m. on **December 2, 2013**, or as soon thereafter as the case may be called, for a duration of five (5) trial days. A conference with counsel will be held in Judge Urbom's chambers at 8:30 a.m. on the first day of trial.  Jury selection will be held at the commencement of trial.

　　February 25, 2013.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge