# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LEONARD C. SANDOVAL,** | ) | **CASE NO. 4:12CV3129** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| **CHAD E. OLDEHOEFT, LEONARD E.** | ) | |
| **OLDEHOEFT, DORIS HALL, MURPHY** | ) | |
| **GROUP, INC., an Oklahoma** | ) | |
| **Corporation, and MURPHY** | ) | |
| **INDUSTRIES, LLC,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| **NATIONAL RAILROAD PASSENGER** | ) | **CASE NO. 8:13CV102** |
| **CORPORATION,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **REASSIGNMENT** |
| v. | ) | **ORDER** |
| | ) | |
| **CHAD E. OLDEHOEFT, LEONARD E.** | ) | |
| **OLDEHOEFT, DORIS HALL, MURPHY** | ) | |
| **GROUP, INC., an Oklahoma** | ) | |
| **Corporation, and MURPHY** | ) | |
| **INDUSTRIES, LLC,** | ) | |
| | ) | |
| Defendants. | ) | |

Before the court is a Notification of Related Case filed by the Defendant in Case No. 8:13CV102 (Filing No. 27). After review of the two matters, the court finds that the above cases are related as defined under NEGenR 1.4(a)(4)(C)(iii). Accordingly, Case No. 8:13CV102, *National Railroad Passenger Corp v. Chad E. Oldehoeft, et al.*, is reassigned to Senior United States District Judge Warren K. Urbom for disposition and to Magistrate Judge Cheryl R. Zwart for judicial supervision and processing of all pretrial matters.

IT IS SO ORDERED.

DATED this 30th day of May, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge