IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA
AT LINCOLN, NEBRASKA

| | |
|---|---|
| LEONARD C. SANDOVAL, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHAD E. OLDEHOEFT, ) <br> LEONARD E. OLDEHOEFT, and ) <br> DORIS HALL, ) <br> ) <br> Defendants, ) <br> ) <br> CHAD E. OLDEHOEFT, ) <br> ) <br> Third-Party Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MURPHY GROUP, INC., an Oklahoma ) <br> Corporation, a/k/a FW Murphy; MURPHY ) <br> INDUSTRIES, LLC, a/k/a FW Murphy; and ) <br> Does 1 through 10. ) <br> ) <br> Third-Party Defendants. ) | Civil Action No.: 4:12-cv-03129 <br><br><br><br><br><br> **VOLUNTARY DISMISSAL OF** <br> **CLAIMS AGAINST DEFENDANT** <br> **DORIS HALL** |

The Court, having reviewed Plaintiff's Notice of Voluntary Dismissal of Claims Against Defendant Doris Hall,

HEREBY ORDERS that Plaintiff's claims against Defendant Doris Hall only are dismissed with prejudice.

DONE this 8th day of July, 2013.

BY THE COURT:

_____
United States Senior District Judge