IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEONARD C. SANDOVAL,<br><br>        Plaintiff,<br><br>vs.<br><br>CHAD E. OLDEHOEFT, LEONARD E. OLDEHOEFT, MURPHY GROUP, INC., an Oklahoma Corporation; and MURPHY INDUSTRIES, LLC,<br><br>        Defendants. | 4:12CV3129 |
| NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK,<br><br>        Plaintiff,<br><br>vs.<br><br>CHAD E. OLDEHOEFT, LEONARD E. OLDEHOEFT, MURPHY GROUP, INC., an Oklahoma Corporation; and MURPHY INDUSTRIES, LLC,<br><br>        Defendants. | 8:13CV102<br><br>ORDER |

THIS MATTER, having come before this Court upon National Railroad Passenger Corp., d/b/a Amtrak's Motion for Enlargement of Time to Provide its Rule 26 Expert Reports (Filing No. 52). The Court having reviewed said files and being otherwise fully advised in the premises, HEREBY GRANTS Amtrak's Motion (Filing No. 52). Plaintiff National Railroad Passenger Corp. d/b/a Amtrak shall have through and including September 6, 2013 to file its Rule 26 expert disclosures and reports.

Dated this 12th day of August, 2013.

                                                                               BY THE COURT:

                                                                               *s/ Cheryl R. Zwart*
                                                                               United States Magistrate Judge