# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEONARD C. SANDOVAL ) <br> ) <br> *Plaintiff* ) <br> ) <br> v. ) <br> ) <br> CHAD E. OLDEHOEFT, LEONARD E. ) <br> OLDEHOEFT,  MURPHY GROUP, INC., a ) <br> Oklahoma Corporation, a/k/a FW Murphy, ) <br> MURPHY INDUSTRIES, LLC, a/k/a FW Murphy; ) <br> and Does 1 through 10 ) <br> *Defendants.* ) | Civil Action No.: 4:12-cv-3129 |
| NATIONAL RAILROAD PASSENGER ) <br> CORPORATION, d/b/a AMTRAK, ) <br> ) <br> *Plaintiff* ) <br> ) <br> v. ) <br> ) <br> CHAD E. OLDEHOEFT, LEONARD E. ) <br> OLDEFOEFT, DORIS HALL, MURPHY GROUP, ) <br> INC., an Oklahoma Corporation, a/k/a FW Murphy; ) <br> and MURPHY INDUSTRIES, LLC, a/k/a FW ) <br> MURPHY, DOES 1 through 10, ) <br> *Defendants* | Civil Action No.: 8:13-cv-102 |

IT IS ORDERED:

The motion to withdraw Susanne E. Rhodes as an attorney of record for Defendant and Third-Party Plaintiff Chad E. Oldehoeft (filing no. 54), is GRANTED.

DATED this 16th day of August, 2013.

BY THE COURT:

*s/Cheryl R. Zwart*
United States Magistrate Judge