IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEONARD C. SANDOVAL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CV3129 |
| | ) | |
| v. | ) | |
| | ) | |
| CHAD E. OLDEHOEFT, LEONARD | ) | |
| E. OLDEHOEFT, MURPHY | ) | |
| GROUP, INC., an Oklahoma | ) | |
| Corporation; and MURPHY | ) | |
| INDUSTRIES, LLC, | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| NATIONAL RAILROAD | ) | |
| PASSENGER CORPORATION, | ) | |
| d/b/a AMTRAK, | ) | |
| | ) | 8:13CV102 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHAD E. OLDEHOEFT, LEONARD | ) | |
| E. OLDEHOEFT, DORIS HALL, | ) | |
| MURPHY GROUP, INC., an | ) | |
| Oklahoma Corporation; and | ) | |
| MURPHY INDUSTRIES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

After review of the Voluntary Dismissal of Claims Against Defendant Doris Hall (Filing 154) filed by plaintiff National Railroad Passenger Corporation d/b/a Amtrak,

IT IS ORDERED:

1.      Plaintiff National Railroad Passenger Corporation's claims against defendant Doris Hall only are dismissed without prejudice;

2.      Doris Hall remains a party in both of the above-captioned cases for purposes of her cross-claim against Chad Oldehoeft.

DATED this 24th day of September, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge