IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEONARD C. SANDOVAL,<br><br>        Plaintiff,<br><br>vs.<br><br>CHAD E. OLDEHOEFT, LEONARD E. OLDEHOEFT, DORIS HALL, MURPHY GROUP, INC., an Oklahoma Corporation; and MURPHY INDUSTRIES, LLC,<br><br>        Defendants. | 4:12CV3129<br><br>ORDER |
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>        Plaintiff,<br><br>vs.<br><br>CHAD E. OLDEHOEFT, LEONARD E. OLDEHOEFT, DORIS HALL, MURPHY GROUP, INC., an Oklahoma Corporation; and MURPHY INDUSTRIES, LLC,<br><br>        Defendants. | 8:13CV102 |

The motion to continue filed by Defendants Chad E. Oldehoeft, Murphy Group, Inc., Murphy Industries, LLC, and Leonard Oldehoeft, (Filing No. 160), is granted and the progression schedule is amended as follows:

1) The jury trial of this case is set to commence before Richard G. Kopf, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on **May 2, 2014**, or as soon thereafter as the case may be called, for a duration of six (6) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **April 22, 2014** at **9:00 a.m.**, and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in

either Word Perfect or Word format, by 5:00 p.m. on April 21, 2014. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

      3) The telephonic conference previously scheduled for October 22, 2013 is cancelled.

October 14, 2013.                    BY THE COURT:

                                           *s/ Cheryl R. Zwart*
                                           United States Magistrate Judge