IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEONARD C. SANDOVAL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CV3129 |
| | ) | |
| v. | ) | |
| | ) | |
| CHAD E. OLDEHOEFT, LEONARD E. OLDEHOEFT, MURPHY GROUP, INC., an Oklahoma Corporation, and MURPHY INDUSTRIES, LLC, | ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, | ) ) ) ) | |
| | ) | 8:13CV102 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHAD E. OLDEHOEFT, LEONARD E. OLDEHOEFT, DORIS HALL, MURPHY GROUP, INC., an Oklahoma Corporation a/k/a FW Murphy; and MURPHY INDUSTRIES, LLC, a/k/a FW Murphy, | ) ) ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendants. | ) | |

Defendant Doris Hall has filed a Notice of Dismissal of Cross-Claims against Chad E. Oldehoeft (Filing 167 in Case No. 4:12CV3129; Filing 84 in Case No.

8:13CV102). Doris Hall was previously dismissed as a defendant in Case No. 4:12CV3129 (Filing 154) and was also dismissed as a defendant in Case No. 8:13CV102 (Filing 71). Accordingly,

IT IS ORDERED that Doris Hall's cross-claims against Chad Oldehoeft are dismissed, with prejudice, in both of the above-captioned cases, and that Doris Hall is dismissed as a party in each of these cases.

DATED this 15th day of October, 2013.

BY THE COURT:
*Richard G. Kopf*
Senior United States District Judge