IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEONARD C. SANDOVAL,<br><br>                Plaintiff,<br><br>vs.<br><br>CHAD E. OLDEHOEFT, LEONARD E. OLDEHOEFT, DORIS HALL, MURPHY GROUP, INC., an Oklahoma Corporation; and MURPHY INDUSTRIES, LLC,<br><br>                Defendants. | **4:12CV3129**<br><br>**MEMORANDUM AND ORDER** |
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>                Plaintiff,<br><br>vs.<br><br>CHAD E. OLDEHOEFT, LEONARD E. OLDEHOEFT, DORIS HALL, MURPHY GROUP, INC., an Oklahoma Corporation; and MURPHY INDUSTRIES, LLC,<br><br>                Defendants. | **8:13CV102** |

IT IS ORDERED:

The motion to withdraw filed by John P. Mullen as counsel of record on behalf of Plaintiff National Railroad Passenger Corporation, (12cv3129, filing no. 174; 13cv102, filing no. 91), is granted.

October 16, 2013.

                                                          BY THE COURT:

                                                          *s/ Cheryl R. Zwart*
                                                          United States Magistrate Judge