IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEONARD C. SANDOVAL,<br><br>                Plaintiff,<br><br>      vs.<br><br>CHAD E. OLDEHOEFT, LEONARD E. OLDEHOEFT, DORIS HALL, MURPHY GROUP, INC., an Oklahoma Corporation; and MURPHY INDUSTRIES, LLC,<br><br>                Defendants. | 4:12CV3129<br><br>**MEMORANDUM AND ORDER** |
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>                Plaintiff,<br><br>      vs.<br><br>CHAD E. OLDEHOEFT, LEONARD E. OLDEHOEFT, DORIS HALL, MURPHY GROUP, INC., an Oklahoma Corporation; and MURPHY INDUSTRIES, LLC,<br><br>                Defendants. | 8:13CV102 |

IT IS ORDERED:

      1)      The Motion to Withdraw, (Filing No. 184), is granted, and the Motion to Compel, (Filing No. 177), filed by Defendants Murphy Group, Inc. and Murphy Industries, LLC. Is withdrawn.

      2)      The parties' motion to modify the progression schedule, (Filing No. 180), is granted as follows:

           a.      The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is April 1, 2014. Motions to compel Rule 33 through 36 discovery must be filed by March 18, 2014.

1

b.  The deadlines for disclosing rebuttal expert report(s) related to Mr. Soderquist shall be served by no later than January 15, 2014.

c.  The deposition deadline is April 1, 2014.

d.  The deadline for filing motions to dismiss, motions for summary judgment, and motions to exclude testimony on Daubert and related grounds is April 1, 2014. The parties are advised, however, that the trial and pretrial conference may be continued on the court's own motion if dispositive motions are filed after January 22, 2014.

October 22, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge