IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEONARD C. SANDOVAL, | ) | 4:12CV3129 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CHAD E. OLDEHOEFT, LEONARD | ) | |
| E. OLDEHOEFT, MURPHY | ) | |
| GROUP, INC., an Oklahoma | ) | |
| Corporation, and MURPHY | ) | |
| INDUSTRIES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| ——————————————— | ) | |
| | ) | |
| NATIONAL RAILROAD | ) | 8:13CV102 |
| PASSENGER CORPORATION d/b/a | ) | |
| AMTRAK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CHAD E. OLDEHOEFT, LEONARD | ) | |
| E. OLDEHOEFT, DORIS HALL, | ) | |
| MURPHY GROUP, INC., an | ) | |
| Oklahoma Corporation a/k/a FW | ) | |
| Murphy; and MURPHY | ) | |
| INDUSTRIES, LLC, a/k/a FW | ) | |
| Murphy, | ) | |
| | ) | |
| Defendants. | ) | |
| ——————————————— | ) | |

The above-captioned cases are before me on three Stipulations for Dismissal.
(Case No. 4:12CV3129, Filings 195, 196, and 197; Case No. 8:13CV102, Filings 112,

113, and 114.)  In the Stipulations, the parties ask me to dismiss (1) Third Party Defendant Chad E. Oldehoeft's claims against Defendant Murphy Group, a/k/a FW Murphy and Murphy Industries, (2) Leonard C. Sandoval ("Sandoval") and National Railroad Passenger Corporation d/b/a Amtrak's ("Amtrak") claims against Chad E. Oldehoeft, and (3) Sandoval and Amtrak's claims against Leonard E. Oldehoeft.  (*Id.*) The parties request that the claims be dismissed with prejudice, and with each party to bear their own costs and attorney fees.  (*Id.*)

I will grant the Stipulations.  In accordance with the record before the court, the only remaining claims in the above-captioned cases are Sandoval and Amtrak's claims against Murphy Group, a/k/a FW Murphy and Murphy Industries.  Accordingly,

IT IS ORDERED that:

1.    Third Party Defendant Chad E. Oldehoeft's Stipulation for Dismissal (case no. 4:12CV3129, filing 195; case no. 8:13CV102, filing 112) is granted.  Third Party Defendant Chad E. Oldehoeft's claims against Defendant Murphy Group, a/k/a FW Murphy and Murphy Industries, are dismissed with prejudice, and with each party to bear their own costs and attorney fees.

2.    Chad E. Oldehoeft's Stipulation for Dismissal (case no. 4:12CV3129, filing 196; case no. 8:13CV102, filing 113) is granted.  Sandoval and Amtrak's claims against Chad E. Oldehoeft are dismissed with prejudice, and with each party to bear their own costs and attorney fees.

3.    Leonard E. Oldehoeft's Stipulation for Dismissal (case no. 4:12CV3129, filing 197; case no. 8:13CV102, filing 114) is granted.  Sandoval and Amtrak's claims against Leonard E. Oldehoeft are dismissed with prejudice, and with each party to bear their own costs and attorney fees.

4.     Leonard E. Oldehoeft's pending Motion for Summary Judgment (case no. 4:12CV3129, filing 188; case no. 8:13CV102, filing 105) is denied as moot.

DATED this 5th day of December, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.