IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEONARD C. SANDOVAL, | ) | 4:12CV3129 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CHAD E. OLDEHOEFT, LEONARD E. OLDEHOEFT, MURPHY GROUP, INC., an Oklahoma Corporation, and MURPHY INDUSTRIES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, | ) | 8:13CV102 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CHAD E. OLDEHOEFT, LEONARD E. OLDEHOEFT, DORIS HALL, MURPHY GROUP, INC., an Oklahoma Corporation a/k/a FW Murphy; and MURPHY INDUSTRIES, LLC, a/k/a FW Murphy, | ) | |
| | ) | |
| Defendants. | ) | |

The above-captioned cases are before me on a Stipulation for Dismissal. (Case No. 4:12CV3129, Filing 199; Case No. 8:13CV102, Filing 116.) In the Stipulation,

Plaintiff Leonard C. Sandoval asks me to dismiss his claims against Defendant Murphy Group, Inc. a/k/a FW Murphy and Murphy Industries, LLC. (*Id*.) Sandoval's requests that his claims be dismissed with prejudice, and with each party to bear their own costs and attorney fees. (*Id*.) Accordingly,

IT IS ORDERED that: Leonard C. Sandoval's Stipulation for Dismissal (case no. 4:12CV3129, filing 199; case no. 8:13CV102, filing 116) is granted. Sandoval claims against Murphy Group, Inc. a/k/a FW Murphy and Murphy Industries, LLC, are dismissed with prejudice, and with each party to bear their own costs and attorney fees.

DATED this 16th day of December, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

2