THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LEONARD C. SANDOVAL,                   )
                                        )
          Plaintiff,                    )
                                        )          4:12CV3129
     vs.                                )
                                        )
CHAD E. OLDEHOEFT,                      )
LEONARD E. OLDEHOEFT,                   )
DORIS HALL, MURPHY GROUP,               )
INC., an Oklahoma Corporation,          )
a/k/a FW Murphy; and MURPHY             )
INDUSTRIES, LLC, a/k/a FW               )
Murphy,                                 )          **MEMORANDUM**
                                        )          **AND ORDER**
          Defendants.                   )
                                        )
CHAD E. OLDEHOEFT,                      )
                                        )
          Third-Party Plaintiff,        )
                                        )
     vs.                                )
                                        )
MURPHY GROUP, INC., an                  )
Oklahoma Corporation, a/k/a             )
FW Murphy; MURPHY                       )
INDUSTRIES, LLC, a/k/a FW               )
Murphy; and MURCAL, INC., a             )
California Corporation, f/k/a Murphy    )
Safety Switch of California; and        )
Does 1 through 10,                      )
                                        )
          Third-Party Defendants.       )
_____         )

NATIONAL RAILROAD                )
PASSENGER CORPORATION,           )
d/b/a AMTRAK,                    )                8:13CV102
                                 )
            Plaintiff,           )
                                 )
       vs.                       )                **MEMORANDUM**
                                 )                **AND ORDER**
CHAD E. OLDEHOEFT,              )
LEONARD E. OLDEHOEFT,          )
DORIS HALL, MURPHY GROUP,       )
INC., an Oklahoma Corporation,   )
a/k/a FW Murphy; and MURPHY      )
INDUSTRIES, LLC, a/k/a FW        )
Murphy,                          )
                                 )
            Defendants.          )
_____  )

        Plaintiff National Railroad Passenger Corporation, d/b/a Amtrak, and
defendants Murphy Group, Inc., a/k/a FW Murphy, and Murphy Industries, LLC,
a/k/a FW Murphy, have filed a joint Stipulation for Dismissal (Filing 201 in
4:12CV3129; Filing 118 in 8:13CV102), stipulating and jointly moving that Plaintiff
National Railroad Passenger Corporation d/b/a Amtrak's claims against Defendants
Murphy Group, Inc., a/k/a FW Murphy, and Murphy Industries, LLC, a/k/a FW
Murphy, be dismissed with prejudice, each party to pay their own costs and attorney
fees.  I shall enter an order dismissing such claims.

        I also note that on December 5, 2013, I issued an order dismissing various
claims and stating that "the only remaining claims in the above-captioned cases are
Sandoval and Amtrak's claims against Murphy Group, a/k/a FW Murphy and Murphy
Industries."  (Filing 198 in 4:12CV3129.)  Since that date, Leonard C. Sandoval's
claims against Murphy Group, Inc., a/k/a FW Murphy, and Murphy Industries, LLC,
were dismissed with prejudice (Filing 200 in 4:12CV3129; Filing 117 in 8:13CV102),

and this Memorandum and Order will dismiss Amtrak's claims against Murphy Group, a/k/a FW Murphy and Murphy Industries. It appears, then, that all claims between all parties have been dismissed from this action, and judgment may be entered accordingly. However, due to the numerous piecemeal notices, stipulations, and orders that have been entered dismissing various claims and parties in these cases (Filings 45, 120, 154, 156, 167, 172, 195, 196, 197, 198, 199, 200 in 4:12CV3129; Filings 71, 73, 84, 89, 112, 113, 114, 115, 116, 117 in 8:13CV102), I shall give the parties an opportunity to object before judgment is entered to ensure that no claims have been overlooked.

IT IS ORDERED:

1.      Pursuant to the Stipulation for Dismissal (Filing 201 in 4:12CV3129; Filing 118 in 8:13CV102), Plaintiff National Railroad Passenger Corporation d/b/a Amtrak's claims against Defendants Murphy Group, Inc., a/k/a FW Murphy, and Murphy Industries, LLC, a/k/a FW Murphy, are dismissed with prejudice, each party to pay their own costs and attorney fees;

2.      Because it appears that all claims against all parties have been dismissed, judgment dismissing Case Nos. 4:12CV3129 and 8:13CV102 shall be entered on February 24, 2014, prior to which time the parties may file objections to the entry of judgment. In the absence of such objections, judgment shall be entered without further notice.

DATED this 13th day of February, 2014.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge

3